IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LLOYD MCDANIEL                                                                    PLAINTIFF

v.                                    No. 3:25-cv-167-DPM

AMANDA BRANYAN                                                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 27 December 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2025